## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR AN ARREST WARRANT

I, Christopher Fassler, being duly sworn and under oath state the following:

1.  I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI). I have been employed by the FBI since March of 2011. I am currently assigned to the Akron Resident Agency of the Cleveland Field Division

2.  As a Special Agent with the FBI, I currently investigate criminal matters as a member of the Greater Akron Area Safe Streets Task Force focusing on violent crime, gangs and narcotics offenses.

3.  I am submitting this affidavit in support of an Application for an Arrest Warrant pursuant to Federal Rule of Criminal Procedure 41 and 18 U.S.C. 3052, authorizing the arrest of DORIAN P. MCGHEE, date of birth 02/xx/19XX.

4.  I am familiar with the facts and circumstances of the investigation through my personal participation, from discussions with other agents and law enforcement officers; from my discussions with witnesses involved in the investigation; and from my review of records and reports relating to the investigation. Unless otherwise noted, wherever in this Affidavit I assert that a statement was made, the information was provided by another Special Agent, law enforcement officer or witness who had either direct or hearsay knowledge of that statement and to who I or others have spoken or whose reports I have read or reviewed. Since this Affidavit is submitted for the limited purpose of securing an Arrest Warrant, I have not included details of every aspect of the investigation.

5.  Based upon the investigation to date, I assert probable cause exists to believe that on or about April 17, 2019, in the Northern District of Ohio, DORIAN P. MCGHEE did commit a

violation of Title 21, United States Code, Section 841(a)(1), that is possession with intent to distribute a controlled substance.

## BACKGROUND OF THE INVESTIGATION

6. In April of 2019, Detective (Det.) Justin Morris of the Akron Police Department (APD) Narcotics Unit investigated DORIAN P. MCGHEE, date of birth 02/xx/19XX, for trafficking methamphetamine. Det. Morris utilized a variety of investigative techniques during the course of his investigation which revealed MCGHEE was trafficking methamphetamine from a residence identified as 1508 Tyler Street, Akron, Ohio 44307.

7. On or about April 16, 2019, Det. Morris made application for a state search warrant in the Akron Municipal Court, Summit County, Ohio. Det. Morris provided the court with a sworn affidavit detailing his probable cause to believe drug trafficking was taking place by MCGHEE from the Tyler Street address.

8. On or about April 16, 2019, Det. Morris was granted a warrant authorizing a search of the premises at 1508 Tyler Street, Akron, Ohio, by Judge Nicole Walker of the Akron Municipal Court.

9. On April 17, 2019, Officers of the APD and members of the Greater Akron Area Safe Streets Task Force executed the search warrant at the Tyler Street residence. MCGHEE, his girlfriend, and her brother were present in the home.

10. Det. Morris separated MCGHEE from the other occupants and advised him of Miranda from a prepared card. MCGHEE stated that he understood his rights and agreed to speak to Det. Morris. MCGHEE stated that he was sleeping in the master bedroom with his girlfriend. MCGHEE

admitted that he had a handgun, approximately nine to ten ounces of methamphetamine, and approximately $5000 in the master bedroom. MCGHEE indicated that he had the gun for protection and stated that he purchased the gun off the street several months ago. MCGHEE said he had the methamphetamine for about two weeks and last sold two ounces of methamphetamine from the house on Saturday. MCGHEE stated that all of the drugs and the gun belonged to him, and that his girlfriend and her brother had nothing to do with drug dealing.

11.     During the search of the master bedroom, Detectives located approximately 388 grams of a substance which field tested positive for the presence of methamphetamine. The substance has been submitted to a laboratory for further chemical analysis. In the master bedroom, Detectives also located a baggie with approximately 2 grams of an unknown gray powder, 6.8 grams of marijuana, numerous cellular telephones, $8487 in U.S. currency, documents belonging to MCGHEE and two loaded firearms. One firearm was a Hi-Point C9, 9mm pistol, serial number P1947190, loaded with seven rounds of 9mm ammunition. The other firearm was a Springfield XD9, 9mm pistol, serial number US868920, found inside a gun box with one loaded magazine and a spare magazine with a total of 24 rounds of ammunition. A subsequent LEADS search revealed the Springfield XD9 was reported stolen from a Breaking and Entering in 2014 (APD report #14-29388).

12.     During a search of the basement, Detectives located seven hidden Ziploc-type bags which weighed approximately one pound each. The seven pounds (3171 grams) also field tested positive for the presence of methamphetamine. The substance has been submitted to a laboratory for further chemical analysis. Based on my training and experience, 3171 grams of methamphetamine is a distribution amount, and far exceeds amounts consistent with personal use.

13.    Based upon the foregoing, I respectfully request that a Warrant be issued authorizing law enforcement officers to arrest DORIAN P. MCGHEE for a violation of Title 21, United States Code, Section 841(a)(1), possession with intent to distribute a controlled substance and Title 18, United States Code.

Christopher Fassler
Special Agent
Federal Bureau of Investigation

Sworn and subscribed to before me this 14th day of May, 2019.

KATHLEEN B. BURKE

UNITED STATES MAGISTRATE JUDGE